MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STACEY P. GEIS (CSBN 181444)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00732 CRB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| CHOU VANG, VANG PAO YANG, and PAO VANG, | |
| Defendants. | |

With the agreement of the parties in open court on October 12, 2012 and with the consent of the defendants CHOU VANG, VANG PAO YANG, and PAO VANG ("defendants"), the Court enters this order 1) ordering the next appearance in front of the Honorable Joseph C. Spero on October 31, 2012 at 9:30 a.m. for identification of counsel and then in front of the Honorable Charles R. Breyer on October 31, 2012 at 2:00 p.m. for an initial appearance, and 2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 12, 2012 to October 31, 2012. The parties agree, and the Court finds and holds, as follows:

1   The Court finds that, taking into the account the public interest in the prompt
 2   disposition of criminal cases, excluding time until October 31, 2012 is necessary for
 3   effective preparation of counsel and for continuity of counsel. See 18 U.S.C.
 4   § 3161(h)(7)(A) & (B)(iv). The government recently indicted this case and will be
 5   providing discovery to the defense. Moreover, the attorneys for the defense need to
 6   determine whether they will remain on the case or not given the matter will be handled in
 7   San Francisco. Accordingly, the Court finds that the ends of justice served by excluding
 8   the period from October 12, 2012 to October 31, 2012, outweigh the best interest of the
 9   public and the defendant in a speedy trial. Id. § 3161(h)(7)(A) & (B)(iv).

   1. Accordingly, and with the consent of the defendants, the Court orders that 1) defendants shall make their next appearance in front of the Honorable Joseph C. Spero on October 31, 2012 at 9:30 a.m. for identification of counsel and then in front of the Honorable Charles R. Breyer on October 31, 2012 at 2:00 p.m. for an initial appearance; and 2) the period from October 12, 2012 to October 31, 2012 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: October 16, 2012            _____/s/_____
                                   Christina Allbright, Esq.
                                   Attorney for Chou Vang

DATED: October 18, 2012            _____/s/_____
                                   Randall H. Davis, Esq.
                                   Attorney for Vang Pao Yang

DATED: October 16, 2012            _____/s/_____
                                   Lawrence M. Killoran, Esq.
                                   Attorney for Poa Vang

DATED: October 22, 2012            _____/s/_____
                                   Stacey P. Geis
                                   Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 10/26/12                    _____
                                   The Honorable Joseph C. Spero
                                   United States Magistrate Judge

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 12-00732 CRB]      -2-